IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERRY H. MCCROSKEY                                                                          PLAINTIFF
ADC #72796

VS.                              NO: 5:15-CV-00229-BRW-PSH

WENDY KELLY, *et al.*                                                                       DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau (Doc. No. 4). No objections have been filed and the time for doing so has passed.[1] After careful consideration, I adopt as my findings in all respects the Proposed Findings and Partial Recommended Disposition in its entirety.

Accordingly, Plaintiff's claims against the Arkansas Department of Correction are DISMISSED with prejudice, and the Arkansas Department of Correction is removed as a party Defendant.

IT IS SO ORDERED this 13th day of August, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Objections were due Thursday, August 6, 2015.